1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9  JOHN EDWARD MOONEY,
10        Petitioner,              No. CIV S-06-0031 FCD KJM P
11    vs.
12  ROSEANNE CAMPBELL, et al.,     <u>ORDER AND</u>
13        Respondents.             <u>FINDINGS AND RECOMMENDATIONS</u>
14  _____/

Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Petitioner has submitted an application to proceed in forma pauperis. Because plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), the request to proceed in forma pauperis will be granted.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

1  In his habeas petition, petitioner complains about a fine which he was ordered to pay in conjunction with petitioner's sentence. This court can only entertain a petition for writ of habeas corpus on the ground that the petitioner is in custody in violation of the Constitution or laws of the United States. 28 U.S.C. § 2254(a). Petitioner does not challenge the length or fact of his confinement. Therefore, this action must be dismissed. See, e.g., U.S. v. Thiele, 314 F.3d 399 (9th Cir. 2002) (28 U.S.C. § 2255 action cannot be used solely to challenge restitution order).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's January 6, 2006 request for appointment of counsel is denied; and

2. Petitioner's application to proceed in forma pauperis is granted.

IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 10/19/06

UNITED STATES MAGISTRATE JUDGE

mp; moon0031.110