1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN EDWARD MOONEY,

11          Petitioner,                    No. CIV S-06-0031 FCD KJM P

12      vs.

13   ROSEANNE CAMPBELL, et al.,

14          Respondents.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 20, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has not filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1       1.  The findings and recommendations filed October 20, 2006, are adopted in full;

2  and

3       2.  Petitioner's application for writ of habeas corpus is dismissed.

4  DATED: January 11, 2007.

5

6                                 _____

7        FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26